

# In the
# Court of Appeals
## Second Appellate District of Texas
## at Fort Worth

No. 02-23-00100-CV

| | | |
|---|---|---|
| WAYMON HARTWELL A/K/A SCOTT HARTWELL, Appellant | § | On Appeal from County Court at Law No. 2 |
| | § | of Denton County (CV-2021-03523) |
| V. | | |
| | § | January 4, 2024 |
| THE FUNDWORKS, LLC, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's February 14, 2023 order. It is ordered that the fee provision spanning pages 5 and 6 of trial court's order is modified to read:

> IT IS FURTHER ORDERED that the Receiver's fee is conditionally set at 25% of the funds collected during the receivership, subject to the Defendant's written agreement or later determination of reasonableness based on written agreement of the Defendant or proof of the work performed and the results obtained. The court-approved fee will be taxed as costs against the Defendant, and the Receiver may collect that fee from the Defendant in addition to the amount collected to satisfy the judgment.

It is further ordered that the page-6 provision regarding recovery of costs is modified to read:

> IT IS FURTHER ORDERED that the Receiver must provide an accounting or receipts of any reasonable and necessary expenses, including those for storage of any property seized, to the court. Court-approved expenses will be taxed as costs against the Defendant, and the Receiver may collect those expenses from the Defendant in addition to the amount collected to satisfy the judgment.

We affirm the trial court's order as modified.

It is further ordered that Appellant Waymon Hartwell a/k/a Scott Hartwell shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
    Justice Dabney Bassel